THE HONORABLE DAVID G. ESTUDILLO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **SHAWNTELLE WARREN**, an individual,<br><br>**Plaintiff,**<br><br>v.<br><br>**KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST,** a foreign corporation, dba Kaiser Permanente,<br><br>**Defendant**. | Case No.3:24-cv-05165-DGE<br><br>**STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Note on Motion Calendar:<br>**March 21, 2025**<br>Oral Argument Not Requested |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned case is dismissed in its entirety without prejudice, and without an award of costs or fees to either party.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 20, 2025    <u>/s/ Leslie Baze</u>
Leslie Baze, Schuck Law LLC, WSB 45781
lbaze@wageclaim.org
Attorney for Plaintiff

DATED: March 20, 2025    <u>/s/ Hoorya Ahmad</u>
Hoorya Ahmad, Seyfarth Shaw LLP, WSB 60994
hahmad@seyfarth.com
Attorney for Defendant

*************************************************************************

Stipulated Dismissal Without Prejudice - 1
Case No. 3:24-cv-05165-DGE

**SCHUCK LAW, LLC**
208 E 25th Street Vancouver, WA 98663
(360) 566-9243

Based on such stipulation, it is hereby **ORDERED** that this case is dismissed without prejudice and without costs or attorney fees to either party. The Clerk shall close the case.

Dated this 24th day of March 2025.

David G. Estudillo
United States District Court Judge

Stipulated Dismissal Without Prejudice - 2
Case No. 3:24-cv-05165-DGE

**SCHUCK LAW, LLC**
208 E 25th Street Vancouver, WA 98663
(360) 566-9243

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **STIPULATED GENERAL JUDGMENT OF DISMISSAL** upon:

Hoorya Ahmad & Lauren Parris Watts
Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104
hahmad@seyfarth.com, lpwatts@seyfarth.com
Attorneys for Defendant

by **emailing** a full, true, and correct copy thereof to the person(s) above on March 19, 2025 and again on March 24, 2025.

DATED:   March 24, 2025.

Schuck Law, LLC

  /s/ Leslie E. Baze
LESLIE E. BAZE
WSB 45781